Opinion filed January 31, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed January 31, 2008

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-07-00191-CV

                                                    __________

 

                                    KEVIN J. HANRATTY, Appellant

 

                                                             V.

 

                        ALLEN
MOORE AND BARRY HART, Appellees

 



 

                                         On
Appeal from the 161st District Court

 

                                                           Ector
County, Texas

 

                                                Trial
Court Cause No. B-122,015

 



 

                                              M E
M O R A N D U M   O P I N I O N

Kevin J. Hanratty has filed in this court a motion
to dismiss his appeal.  The motion is granted, and the appeal is dismissed.

 

PER CURIAM

 

January 31, 2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.